AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Northern District of Indiana  ▼

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1945 Cleveland Street,<br>Gary, Indiana 46404 | )<br>)<br>)<br>)<br>)<br>) | Case No.    2:21-mj-99<br><br>**SEALED** |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:        Any authorized law enforcement officer

　　　An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Indiana_____
*(identify the person or describe the property to be searched and give its location)*:

　　See Attachment A

　　　I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:

After delivery of SUBJECT PACKAGE 5365US to the custody of an individual at the premises located at 1945 Cleveland Street, Gary, IN, as described in Attachment A and paragraph 13 of the Affidavit

　　　I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:

　　See Attachment B

　　　**YOU ARE COMMANDED** to execute this warrant on or before _____June 28, 2021_____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.　　☑ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

　　　Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

　　　The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Rodovich_chambers@innd.uscourts.gov_____ .
*(United States Magistrate Judge)*

　　☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

　　☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    _____6/14/2021 @9:45am Central_____         s/Andrew P. Rodovich
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and state:    Hammond, IN _____         Andrew P. Rodovich, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:21-mj-99 | Date and time warrant executed:<br>6/14/21 @ 1PM | Copy of warrant and inventory left with:<br>Kim Brumsfield |
| Inventory made in the presence of :<br>James Saunders, USPS OIG | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS Priority Mail Express Package # EJ 927 395 365 US<br>and it's contents | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/16/21

_____
Executing officer's signature

Mark Polinski Postal Inspector
_____
Printed name and title